IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RYAN YOUNG,<br>      also known as "Richard Cullen,"<br><br>      Defendant.<br><br>***<br><br>PACNET SERVICES, LTD.,<br>CHEXX (AMERICAS) INC., and<br>ACCU-RATE CORP.<br><br>      Petitioners. | 18-CR-46 (JMA)<br><br>Judge Joan M. Azrack |

### PETITIONERS' NOTICE OF APPEAL

Notice is hereby given that PacNet Services, Ltd., Chexx (Americas) Inc., and Accu-Rate Corp. (collectively, "Petitioners"), Petitioners in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered in this action on the 24th day of February, 2021 (Docket No. 27).

Dated: March 26, 2021

                                                        */s/ Jeff Ifrah*
                                                        A. Jeff Ifrah
                                                        jeff@ifrahlaw.com
                                                        IFRAH LAW
                                                        1717 Pennsylvania Ave., NW, Suite 650
                                                        Washington, D.C. 20006
                                                        Telephone: (202) 524-4142

## CERTIFICATE OF SERVICE

I hereby certify that, on March 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record registered with the CM/ECF system.

*/s/ Jeff Ifrah*
A. Jeff Ifrah