UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> RYAN YOUNG, <br>     Also known as "Richard Cullen," <br>     Defendant. <br> *** <br><br> INTERNATIONAL PAYOUT SYSTEMS, INC., <br>     Petitioner. | 18-CR-46 <br><br> Judge Joan M. Azrack |

## PETITIONER'S NOTICE OF APPEAL

NOTICE is hereby given that International Payout Systems, Inc., Petitioner in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the Order and Judgment entered in this action on the 24th day of February, 2021 [Dkt. 27].

Dated:  April 28, 2021           Respectfully submitted,

                                               */s/ Victor L. Prial*
                                               Victor L. Prial
                                               SMITH, SOVIK, KENDRICK & SUGNET, P.C.
                                               250 South Clinton Street, Suite 600
                                               Syracuse, New York 13202
                                               Telephone: (315) 474-2911
                                               vprial@smithsovik.com

                                               *Attorney for Intervenor Claimant-in-Interpleader*
                                               *International Payout Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I filed and therefore cause the foregoing document to be served via the CM/ECF system in the United States District Court for the Eastern District of New York on all parties registered for CM/ECF in the above-captioned matter.

                                                */s/ Victor L. Prial*
                                                Victor L. Prial

{S1372753.1}